# UNITED STATES *v.* FERGER ET AL. (NO. 2).

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR
THE SOUTHERN DISTRICT OF OHIO.

No. 777. Argued April 29, 1919.—Decided June 2, 1919.

Congress has power, under the commerce clause, to forbid and punish
a conspiracy to forge and utter bills of lading for fictitious interstate
shipments. *United States* v. *Ferger, ante,* 199.
256 Fed. Rep. 388, reversed.

THE case is stated in the opinion.

*Mr. Assistant Attorney General Brown,* with whom *Mr.
Charles H. Weston* was on the brief, for the United States.

*Mr. Charles E. Hughes,* with whom *Mr. John C. Hermann* and *Mr. Sherman T. McPherson* were on the brief,
for defendants in error.

*Mr. Francis B. James,* by leave of court, filed a brief on
behalf of the National Industrial Traffic League, as *amicus
curiæ.*

MR. CHIEF JUSTICE WHITE delivered the opinion of the
court.

This case is disposed of by the ruling just announced
in No. 776, *ante,* 199. The indictment here was for conspiring to do the various acts charged in the previous case,
that is, the fraudulent fabrication and uttering of the same
fictitious bills of lading and the obtaining of money thereon
by delivering the same to the Second National Bank of
Cincinnati as collateral. The demurrer which was sus-

tained by the court below in the previous case was also sustained as to this.

While there is a separate writ of error and a separate record in this case, it is conceded by all parties that the cases are in legal principle the same and that the decision of one concludes the other. It follows, therefore, that for the reasons stated in the previous case, No. 776, the judgment in this must be and it is reversed and the case remanded for further proceedings in conformity with this opinion.

*And it is so ordered.*

MR. JUSTICE PITNEY dissents.